IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS BLAKE,                              No. C 08-05343 CW (PR)

       Petitioner,                    ORDER REGARDING IN FORMA
                                       PAUPERIS MOTION
   v.

JAMES A. YATES,

       Respondent.
_____/

    Petitioner filed a <u>pro se</u> petition for a writ of habeas corpus
pursuant to 28 U.S.C. § 2254.  On that same date, the Clerk of the
Court sent Petitioner a notice directing him to pay the filing fee
or to file a completed <u>in forma pauperis</u> (IFP) application.
Petitioner filed an IFP application; however, Petitioner did not
file copies of the Certificate of Funds and prisoner trust account
statement.

    The Court cannot conduct an initial review of this matter
until Petitioner has either paid the filing fee or submitted a
complete IFP application.  <u>See</u> 28 U.S.C. § 1915(a) (a party is
permitted to file a civil action in federal court without
prepayment of fees or security if he makes affidavit that he is
unable to pay such fees or give security therefor).  If the
petitioner is a prisoner who alleges that he is unable to pay the
full filing fee at the time of filing, he must submit: (1) an
affidavit that includes a statement of all assets he possesses, and
(2) a certified copy of the trust fund account statement for the
prisoner for the six-month period immediately preceding the filing
of the action, obtained from the appropriate official of each
prison at which the prisoner is or was confined.  <u>See id.</u>

United States District Court
For the Northern District of California

§ 1915(a)(1), (2).  If the Court determines that the petitioner is unable to pay the full filing fee at the time of filing, the petitioner will be granted leave to proceed IFP.

Therefore, before the Court will proceed to review the complaint Petitioner is hereby ORDERED to file copies of the Certificate of Funds and prisoner trust account statement.  He shall include with these documents a clear indication that it is for the above-referenced case number, C 08-05343 CW (PR). Petitioner shall do so within <u>thirty (30) days</u> of the date of this Order.

<u>Failure to file copies of Petitioner's Certificate of Funds and prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.</u>

IT IS SO ORDERED.

DATED: 2/10/09

_Claudia Wilken_

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHRIS BLAKE,

        Plaintiff,

  v.

JAMES A YATES et al,

        Defendant.

_____/

Case Number: CV08-05343 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris E. Blake V20819
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

Dated: February 10, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

3